IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEMON BAY PARTNERS, and<br>MALCOLM ROSENWALD,<br><br>        Plaintiff,<br><br>--against--<br><br>BRUCE L. HAMMONDS, KENNETH A.<br>VECCHIONE, RICHARD K. STRUTHERS,<br>JOHN R. COCHRAN, III, LANCE L.<br>WEAVER, CHARLES C. KRULAK,<br>MICHAEL G. RHODES, JOHN W.<br>SCHEFLEN, RANDOLPH D. LERNER,<br>JAMES H. BERICK, MARY M. BOIES,<br>BENJAMIN R. CIVILETTI, WILLIAM L.<br>JEWS, STUART L. MARKOWITZ,<br>WILLIAM B. MILSTEAD, THOMAS G.<br>MURDOUGH, LAURA S. UNGER, and<br>KENNETH D. LEWIS<br><br>        Defendants,<br><br>--and--<br><br>BANK OF AMERICA CORPORATION, AS<br>SUCCESSOR IN INTEREST TO MBNA<br>CORP., and MBNA CORP.,<br><br>        Nominal Defendants. | Civ. No. 07-CV-562 |

## ENTRY OF APPEARANCE

TO:    CLERK, UNITED STATES DISTRICT COURT
         WILMINGTON, DELAWARE

    Please enter the appearance of undersigned counsel as attorneys for defendants.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

_/s/ Richard H. Morse_
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for nominal defendants MBNA Corporation and Bank of America Corporation and defendants Bruce L. Hammonds, Kenneth A. Vecchione, Richard K. Struthers, John R. Cochran, III, Lance L. Weaver, Charles C. Krulak, Michael G. Rhodes, John W. Scheflen, Randolph D. Lerner and Kenneth L. Lewis

OF COUNSEL:

Richard C. Pepperman II
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
Phone: 212-558-4000

DATED: November 30, 2007

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on December 3, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Edward P. Welch
Edward B. Micheletti
SKADEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165

Laurence D. Paskowitz
PASKOWITZ & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165

Jay B. Kasner,
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522

Pamela S. Tikellis
A. Zachary Naylor
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Irving Bizar
BALLON STOLL BADER &
NADLER, LLP
1450 Broadway
New York, NY 10018

I further certify that on December 3, 2007, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record.

DB01:2485871.1                                                                                    064261.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Richard H. Morse*
Richard H. Morse (I.D. No. 531)
17th Floor, Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6651
rmorse@ycst.com