## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEMON BAY PARTNERS, and<br>MALCOLM ROSENWALD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| --against-- | : | |
| | : | |
| BRUCE L. HAMMONDS, KENNETH A.<br>VECCHIONE, RICHARD K. STRUTHERS,<br>JOHN R. COCHRAN, III, LANCE L.<br>WEAVER, CHARLES C. KRULAK,<br>MICHAEL G. RHODES, JOHN W.<br>SCHEFLEN, RANDOLPH D. LERNER,<br>JAMES H. BERICK, MARY M. BOIES,<br>BENJAMIN R. CIVILETTI, WILLIAM L.<br>JEWS, STUART L. MARKOWITZ,<br>WILLIAM B. MILSTEAD, THOMAS G.<br>MURDOUGH, LAURA S. UNGER, and<br>KENNETH D. LEWIS | : | Civ. No. 07-CV-562 |
| | : | |
| Defendants, | : | |
| | : | |
| --and-- | : | |
| | : | |
| BANK OF AMERICA CORPORATION, AS<br>SUCCESSOR IN INTEREST TO MBNA<br>CORP., and MBNA CORP., | : | |
| | : | |
| Nominal Defendants. | : | |
| | : | |

## STIPULATION AND ORDER EXTENDING
## <u>PLAINTIFFS' TIME TO FILE REPLY BRIEF</u>

**WHEREAS** on December 10, 2007, Plaintiffs Lemon Bay Partners and Malcolm Rosenwald filed a Motion for appointment as lead Plaintiff pursuant to the Private Securities Litigation Reform Act (the "PSLRA");

**WHEREAS**, Defendants have filed two opposition Briefs to that Motion;

**WHEREAS**,  due to the Holidays and pre-existing vacation schedules, plaintiffs seek a very short extension of time to file a Reply, from January 7, 2008 to January 11, 2008;

**WHEREAS**, Plaintiffs will seek no further extension;  and

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel for the parties herein, subject to the Order of this Court, that Plaintiffs' time to file their Reply papers on their Motion for Appointment as Lead Plaintiffs is extended from January 7, 2008, to January 11, 2008.

//
//

December 28, 2007

*/s/ Richard H. Morse*
Richard H. Morse (# 531)
YOUNG, CONAWAY, STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6000

Richard J. Urowsky
Richard C. Pepperman, II
Stacey R. Friedman
Ryan C. Williams
M. David Possick
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for the Insider Director Defendants*
*and the Nominal Defendants*

*/s/ Edward P. Welch*
Edward P. Welch  (# 671)
Edward B. Micheletti (#3794)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
Wilmington, DE 19899
(302) 651-3000

*Attorneys for the Outside Director Defendants*

*/s/ A. Zachary Naylor*
Pamela S. Tikellis (#2172)
A. Zachary Naylor (#4439)
CHIMICLES & TIKELLIS, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

Laurence D. Paskowitz
PASKOWITZ & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
(212) 685-0969

Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, NY 10165
(212) 867-1156

Irving Bizar
BALLON STOLL BADER & NADLER, LLP
1450 Broadway
New York, NY 10018
(212) 575-7900

*Attorneys for Plaintiffs Lemon Bay Partners*
*and Malcolm Rosenwald*

3

**SO ORDERED**, this _____ day of _____, 2007

_____
Chief, United States District Judge