IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------x
                              :
LEMON BAY PARTNERS, LLP and   :
MALCOLM ROSENWALD,            :
                              :
            Plaintiff,        :
                              :
      v.                      :
                              :
BRUCE L. HAMMONDS, et al.,    :   Civ. No. 07-CV-562-GMS
                              :
            Defendants,       :
                              :
      – and–                  :
                              :
BANK OF AMERICA CORPORATION,  :
AS SUCCESSOR IN INTEREST TO   :
MBNA CORP., and MBNA CORP.,   :
                              :
            Nominal Defendants.:
------------------------------x
```

## MOTION TO DISMISS

Defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough and Laura S. Unger (collectively, the "Outside Directors") hereby move, through their undersigned counsel, to dismiss the Shareholders' Class and Derivative Complaint for reasons more fully set forth in a brief filed herewith.

|  |  |
|---|---|
| *Of The New York Bar*:<br>Jay B. Kasner<br>Susan L. Saltzstein<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>4 Times Square<br>New York, New York  10036-6522<br>Tel.: (212) 735-3000 | /s/ Edward P. Welch<br>Edward P. Welch (I.D. No. 671)<br>Edward B. Micheletti (I.D. No. 3794)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>P.O. Box 636<br>One Rodney Square<br>Wilmington, Delaware  19899<br>Tel.: (302) 651-3000<br>Fax: (302) 651-3001<br>E-mail:  ewelch@skadden.com<br><br>*Attorneys for the MBNA Outside Director Defendants* |

DATED:  April 17, 2008