IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| DONALD F. BENOIT, Derivatively on Behalf of MBNA CORP and on Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, RANDOLPH D. LERNER, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, THOMAS G. MURDOUGH, LAURA S. UNGER and KENNETH D. LEWIS,<br><br>            Defendants,<br><br>    - and –<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., a Maryland Corporation,<br><br>            Nominal Defendants. | Case No. 1:07-cv-561-GMS<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE |

|  |  |
|---|---|
| LEMON BAY PARTNERS and MALCOLM ROSENWALD, <br><br> Plaintiffs, <br><br> vs. <br><br> BRUCE L. HAMMONDS, KENNETH A. VECCHIONE, RICHARD K. STRUTHERS, JOHN R. COCHRAN, III, LANCE L. WEAVER, CHARLES C. KRULAK, MICHAEL G. RHODES, JOHN W. SCHEFLEN, RANDOLPH D. LERNER, JAMES H. BERICK, MARY M. BOIES, BENJAMIN R. CIVILETTI, WILLIAM L. JEWS, STUART L. MARKOWITZ, WILLIAM B. MILSTEAD, THOMAS G. MURDOUGH, LAURA S. UNGER and KENNETH D. LEWIS, <br><br> Defendants, <br> - and – <br><br> BANK OF AMERICA CORPORATION, AS SUCCESSOR IN INTEREST TO MBNA CORP., and MBNA CORP., <br><br> Nominal Defendants. | Case No. 1:07-cv-562-GMS |

WHEREAS, plaintiffs in the above-captioned actions filed a Verified Shareholder's Class and Derivative Complaint (the "Complaints") in each of Case No. 1:07-cv-561-GMS and Case No. 1:07-cv-562-GMS on September 18, 2007; and

WHEREAS, the individual defendants James H. Berick, Mary M. Boies, Benjamin R. Civiletti, William L. Jews, Stuart L. Markowitz, William B. Milstead, Thomas G. Murdough, Laura S. Unger (collectively, the "MBNA Outside Director Defendants") filed motions to dismiss the Complaints on April 17, 2008; and

WHEREAS, plaintiffs' opposition to the MBNA Outside Director Defendants' motions to dismiss is currently due on May 5, 2008; and

WHEREAS, plaintiffs require additional time to prepare and file his opposition to the motions to dismiss; and

NOW, THEREFORE, the parties, by and through their undersigned counsel of record, hereby agree and stipulate to the following:

1. Plaintiffs must file his opposition to the MBNA Outisde Director Defendants' motions to dismiss no later than May 21, 2008; and

2. The MBNA Outside Director Defendants must file their reply thereto no later than June 5, 2008; and

3. The Parties respectfully request the Court to enter an order establishing the above dates and schedule.

Dated: May 2, 2008				CHIMICLES & TIKELLIS, LLP
						PAMELA S. TIKELLIS
						A. ZACHARY NAYLOR

						*/s/ A. Zachary Naylor*
						    A. ZACHARY NAYLOR

						One Rodney Square
						P.O. Box 1035
						Wilmington, DE 19899
						Telephone: (302) 656-2500
						Facsimile: (302) 656-9053

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
SHANE P. SANDERS
JILL E. KLEMANN
JULIA M. WILLIAMS
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Counsel for Plaintiff Benoit

PASKOWITZ & ASSOCIATES
LAURENCE PASKOWITZ
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 685-0969
Facsimile: (212) 685-2306

ROY JACOBS & ASSOCIATES
Roy L. Jacobs
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 867-1156
Facsimile: (212) 504-8343

BALLON STOLL BADER & NADLER LLP
Irving Bizar
1450 Broadway
New York, NY 10018
Telephone: (212) 575-7900
Facsimile: (212) 764-5060

Counsel for Plaintiffs Lemon Bay Partners
and Malcom Rosenwald

DATED: May 2, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
EDWARD P. WELCH
EDWARD B. MICHELETTI

*/s/ Edward B. Micheletti*
      EDWARD B. MICHELETTI

P.O. Box 636
One Rodney Square
Wilmington, DE 19899

- 3 -

                                      Telephone: (302) 651-3000
                                      Facsimile:  (302) 651-3001

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
JAY B. KASNER
SUSAN L. SALTZSTEIN
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Counsel for the MBNA Outside Director
Defendants

## **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.


DATED: _____, 2008                      _____
                                                        U.S. DISTRICT COURT JUDGE